# United States Bankruptcy Court
## Eastern District of Virginia
### Alexandria Division

**TO:**
Ann M. Callaway
15 Garrett Street
Warrenton, VA 20186–3108

**In re:**   Richard C. Hansen

**Case Number**   11–10014–SSM
**Chapter**   13

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

*14* – Amended Schedule(s) and/or Statement(s) Filed: Summary of Schedules, Schedule A, Schedule D, filed by Ann M. Callaway of Ann M. Callaway, P.C. on behalf of Richard C. Hansen. (Callaway, Ann)

**VOLUNTARY PETITION/AMENDMENT OR CONVERSION OF PETITION, LISTS OR SCHEDULES [FRBP 1007; IR 1007; LBR 1009–1]:**

___ Caption of Petition not in compliance with FRBP 1005. Social Security number or employer's tax identification number of debtor(s) incomplete or omitted. (NOTE: Only the last four digits of the SSN should appear on any <u>document</u> filed. The full SSN should only be entered electronically into ECF when the case is filed or submitted to the Court on Official Form 21.)

___ Corporate petition not accompanied by Corporate Ownership Statement [FRBP 1007(a)(1)]*

**X** Not accompanied by a properly completed Amendment Cover Sheet*.

___ Not in substantial compliance with the correct version of the Amendment Cover Sheet*.

___ Not accompanied by notice to the United States Trustee, any trustee appointed, and to any and all entities affected by the amendment*.

___ **CONVENTIONAL (PAPER) FILINGS:** Creditors added by amendment or conversion (Schedule of Unpaid Debts): not accompanied by a list of additional creditors and signed cover sheet in the format specified by Clerk's Office [See LBR 1009–1(B)(1) or LBR 1017–1(A)(1)].

___ **ELECTRONIC (ECF) FILINGS:** Additional creditor(s) not added via Creditor Maintenance upon filing of Schedule of Unpaid Debts/Amended Schedules

**CHAPTER 13 PLAN AND RELATED MOTIONS [LBR 3015–2]:**

___ Not accompanied by a properly completed proof of service.

___ Not on acceptable form approved by Court for use in Eastern District of Virginia pursuant to Local Bankruptcy Rule 3015–2(A)*.

___ Not accompanied by a budget (copy of Schedules I and J attached to plan acceptable).

___ <u>Modified Plan</u>: Date, time and/or location of Modified Plan Confirmation Hearing omitted or incorrect. The debtor must obtain a new confirmation hearing date from the clerk PRIOR to filing a modified plan. The new confirmation hearing date must allow at least 35 days' notice and shall not be earlier than the date originally set for confirmation of the original plan [LBR 3015–2(F)(1)(C)]. To correct this error, the debtor must file a **Notice of Scheduled Confirmation Hearing** with the court and send a copy to all creditors and the trustee. The "notice" must indicate that if no objections are timely filed, a confirmation hearing will <u>not</u> be held.

___ **Special Notice to Secured Creditor** – Date objection due; Date and time of confirmation hearing and/or Place of confirmation hearing omitted or incorrect.

___

***A copy of the above–referenced form may be obtained from the Court's web site at www.vaeb.uscourts.gov***

Date:   February 22, 2011        CLERK, UNITED STATES BANKRUPTCY COURT

                                 By /s/ Elizabeth Voehl, Deputy Clerk
[igvolpplvDec2009.jsp]           Direct Dial Telephone No. 703–258–1217