UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In the Matter of:

RICHARD C. HANSEN                                   Chapter 13

SSN: ###-##-2318                                    Case No. 11-10014-SSM
                    Debtor

## ORDER

     This matter came on by Motion of the Trustee seeking Order of this Court requiring the employer of the Debtor to withhold the payment of $2,378.68 per month required by the Plan of the Debtor, and to pay that amount monthly to the Trustee, Thomas P. Gorman, according to the requirement of Section 1325 (c) of the Code; and it appearing to the Court:

     (1) That the Debtor filed a voluntary petition herein under Chapter 13 of the Code on January 3, 2011 and

     (2) That the Plan (as amended, if appropriate) was confirmed, after due Notice thereof, and

     (3) That pursuant to Section 1325 (c) of the Code, after confirmation of a Plan, the Court may order any entity from whom the Debtor receives income to pay all or any part of such income to the Trustee, and

     (4) That the Debtor, Richard C. Hansen is presently employed by The Department of Homeland Security and receives income therefrom, and

     (5) That the amount of $2,378.68 per month should be withheld from that income and paid over to Thomas P. Gorman, the standing Trustee of this Court at P.O. Box 1553, Memphis, TN 38101-1553.

     IT IS ORDERED, that beginning with the month of JUNE, 2011 The Department of Homeland Security be and they hereby are required to withhold the amount of $2,378.68 per month from the monthly income of the Debtor, Richard C. Hansen, and pay over the full amount thereof each month to:

Thomas P. Gorman
Chapter 13 Trustee
P.O. Box 1553
Memphis, TN  38101-1553

Dated:_____                    _____
                                     Stephen S. Mitchell
                                     United States Bankruptcy Judge

I Ask For This:

_/s/ Thomas P. Gorman _____
Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA  22314
(703) 836-2226
VSB #26421

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Thomas P. Gorman_____
Thomas P. Gorman, Chapter 13 Trustee

**PARTIES TO RECEIVE COPIES**

Richard C. Hansen
Chapter 13 Debtor
7314 Dudie Road
Marshall, VA 20115

Ann M. Callaway
Attorney for Debtor
15 Garrett St.
Warrenton, VA 20186

The Department of Homeland Security
ATTN: Payroll Office
P.O Box 600000
New Orleans, LA 70160

Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington Street, Ste. 400
Alexandria, VA  22314