IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: )<br>)<br>RICHARD C. HANSEN,    )<br>)<br>         Debtor. )<br>_____)<br>)<br>UNITED STATES OF AMERICA,    )<br>on behalf of Its agency the U.S. Department )<br>of Homeland Security, U.S. Customs and    )<br>Border Protection,    )<br>)<br>         Movant,    )<br>)<br>    v.    )<br>)<br>RICHARD C. HANSEN,    )<br>)<br>         Respondent.    ) | Bankruptcy No.  Case No. 11-10014-BFK<br><br>CHAPTER 13 |

## **CONSENT ORDER AUTHORIZING EXERCISE OF RIGHT OF RECOUPMENT**

Upon consideration of the Motion For Court Approval of Recoupment filed by the United States of America, the grounds therefor, and the lack of any opposition to the motion pursuant to Local Rule 9013-1, and with the consent of the Debtor and the Chapter 13 Trustee, it is hereby

ORDERED that the Motion for Court Approval of Recoupment is hereby GRANTED.  It is further

ORDERED that the United States of America, through its U.S. Department of Homeland Security, U.S. Customs and Border Protection are hereby authorized to recoup the sum of approximately $25,208.26, plus interest thereon, owed by the Debtor to the United States in connection with the overpayment of wages as set forth in the Motion.

Date:

                                                                                    _____

HON. BRIAN F. KENNEY
U.S. Bankruptcy Judge

I ASK FOR THIS:

/s/ Robert K. Coulter
Robert K. Coulter
Assistant U.S. Attorney
VSB: 42512
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3745
Counsel for the United States of America

SEEN AND AGREED:

/s/ Thomas P. Gorman            By Robert K. Coulter with permission via
Thomas P. Gorman               e-mail dated October 3, 2011.
300 N. Washington Street
Suite 400
Alexandria, VA 22314
Tel: (703) 836-2226
Chapter 13 Trustee

/s/ Ann M. Callaway
Ann M. Callaway
Ann M. Callaway, P.C.
15 Garrett St.
Warrenton, VA 20186
Tel: (540)349-4100
Counsel for the Debtor

## LOCAL RULE 9022-1(C) CERTIFICATION

  I hereby certify that the foregoing proposed Order has been signed by all necessary parties to this matter.

Date:              */s/ Robert K. Coulter*
                Robert K. Coulter
                Assistant United States Attorney